IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02140-MSK-KMT

MICHELLE GARCIA,

    Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation d/b/a CITY MARKET,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss with Prejudice (**#11**) filed December 29, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 29th day of December, 2008.

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge